1  SCHROTH & SCHROTH
   ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2  2044 First Avenue, Suite 200
   San Diego, California 92101
3  Telephone: (619) 233-7521
   Facsimile:  (619) 233-4516
4
   Attorney for Material Witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Peter C. Lewis)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: |
| | Magistrate Case No.:  07MJ8938 |
| Plaintiff, | |
| | **MOTION FOR MATERIAL WITNESS** |
| vs. | **VIDEOTAPED DEPOSITION** |
| | |
| | Date: January 2, 2007 |
| MARCOS RODRIGUEZ-PERALES, | Time:  1:30 pm |
| | Judge:   Hon. Peter C. Lewis |
| Defendant. | |

**TO UNITED STATES ATTORNEY CAROL C. LAM, ASSISTANT UNITED STATES ATTORNEY JOHN F. WIES; TO ATTORNEY FOR DEFENDANT, MARCOS RODRIGUEZ-PERALES, LUPE C. RODRIGUEZ JR.;**

NOTICE IS HEREBY GIVEN that on January 2, 2007, 1:30 pm, or as soon thereafter as the matter may be heard, in the courtroom of Honorable Peter C. Lewis, located at 2003 W. Adams Ave, Ste 220, El Centro, California 92243, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon, by and through their attorney of record**,** Robert E. Schroth, Jr., will move the court for an order authorizing the videotaped depositions of all three material witnesses.

1 | The motion will be made on the ground that there is good cause for the order requested
2 | in that the material witnesses know of no sureties in this country who will bond them out of
3 | U.S. Marshall's custody, where they are being held at the ICJ detention facility located in *El
4 |
5 | Centro, California during the pendency of this matter.  Neither the interests of justice nor the
6 | convenience of the parties and witnesses will be served by requiring the material witnesses to
7 | remain in the ICJ until the matter is concluded.
8 |
9 | DATED: December 17, 2007                    **SCHROTH & SCHROTH**
10 |
11 |
12 |                                              By:___s/ Robert E. Schroth, Jr._____
                                                    ROBERT E. SCHROTH, JR,
13 |                                                 Attorney for Material Witnesses

- 2 -

MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION

U. S. v. Macias Colmernares
07 MJ 8841