AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MARCOS RODRIGUEZ-PERALES

WAIVER OF INDICTMENT

CASE NUMBER: 08CR121-BTM

I, __MARCOS RODRIGUEZ-PERALES__ , the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x MARCOS RODRIGUEZ
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER