SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.:    08CR0121 BTM |
| ) | Magistrate Case No.:  07MJ8938 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION RELEASING** |
| ) | **MATERIAL WITNESSES & ORDER** |
| MARCOS RODRIGUEZ-PERALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and defendant MARCOS RODRIGUEZ-PERALES, by and through and with the advice and consent of defense counsel, William Winfield Brown, that:

1.	The material witnesses in this case:

Alicia Rivas-Ramirez

Jose Santos Andrade-Alarcon

Ana Griselda Acosta-Carrillo

May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

///

1

1    It is STIPULATED AND AGREED this date.

                                      Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney

                                      s/Carla Bressler
Dated: January 23, 2008          _____
                                      CARLA BRESSLER
                                      Assistant United States Attorney

                                      s/William Winfield Brown
Dated: January 23, 2008          _____
                                      WILLIAM WINFIELD BROWN
                                      Defense Counsel for Marcos Rodriguez-
                                      Perales

                                      s/Robert E. Schroth
Dated: January 23, 2008          _____
                                      ROBERT E. SCHROTH
                                      Counsel for Material Witnesses

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARCOS RODRIGUEZ-PERALES,<br><br>　　　　　Defendant.<br>_____ | ) Criminal Case No.:　08CR0121 BTM<br>) Magistrate Case No.:　07MJ8938<br>)<br>)<br>) **STIPULATION RELEASING**<br>) **MATERIAL WITNESSES & ORDER**<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo above-named be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE LEO S. PAPAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge